**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 19, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

## NO. 14-12-00187-CV

———————

**DOMINIC SRESHTA, M.D., Appellant**

**V.**

**JACQUELINE JURASEK, Individually and as Representative of the Estate of Bernice Twardowski, JANICE BURNSIDE, and JAMES TWARDOWSKI, Appellees**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-68879**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed February 3, 2012. On April 12, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM


Panel consists of Justices Frost, Seymore, and McCally.